# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| State of New York, State of California, State of Connecticut, State of Delaware, District of Columbia, State of Maine, State of New Mexico, and State of Oregon<br>*Plaintiff(s)*<br><br>v.<br><br>United States Securities and Exchange Commission; and Walter "Jay" Clayton III, in his official capacity as Chairman of the United States Securities and Exchange Commission<br>*Defendant(s)* | Civil Action No. 19-cv-8365-VM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Walter "Jay" Clayton III, in his official capacity as Chairman of the United States Securities and Exchange Commission
c/o United States Securities and Exchange Commission
100 F Street NE
Washington DC 20549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew Colangelo, Chief Counsel for Federal Initiatives
Office of the Attorney General of the State of New York
28 Liberty Street
New York, NY 10005
Tel: (212) 416-6057   E-mail: matthew.colangelo@ag.ny.gov
(See additional counsel listed in attachment)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 19-cv-8365-VM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT: ATTORNEYS FOR PLAINTIFFS**

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo
   *Chief Counsel for Federal Initiatives*
Kevin Wallace
   *Acting Chief, Investor Protection Bureau*
Jeffrey A. Novack
Rita Burghardt McDonough
   *Assistant Attorneys General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Steven C. Wu
   *Deputy Solicitor General*

*Of Counsel*

*Attorneys for the State of New York*


XAVIER BECERRA
*Attorney General of the State of California*

Matthew Rodriquez
   *Chief Assistant Attorney General*
Martin Goyette
   *Senior Assistant Attorney General*
Amy Winn\*
   *Supervising Deputy Attorney General*

By: */s/ Nathaniel Spencer-Mork*
Nathaniel Spencer-Mork\*
   *Deputy Attorney General*
455 Golden Gate Ave. Suite 11000
San Francisco, CA 94102
Phone: (415) 510-3526
nathaniel.spencermork@doj.ca.gov

*Attorneys for the State of California*

WILLIAM TONG
*Attorney General of Connecticut*

By: */s/ Joseph J. Chambers*
Joseph J. Chambers
   *Assistant Attorney General*
   *Finance Department Head*
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141
Phone: (860) 808-5270
joseph.chambers@ct.gov

*Attorneys for the State of Connecticut*

| | |
|---|---|
| KATHLEEN JENNINGS<br>*Attorney General of the State of Delaware* | AARON M. FREY<br>*Attorney General of Maine* |
| By: */s/ Jillian Lazar*<br>Jillian Lazar<br>  *Director of Investor Protection*<br>Marion Quirk<br>  *Assistant Director of Investor Protection*<br>Joseph E. Gibbs-Tabler<br>  *Deputy Attorney General*<br>Delaware Department of Justice<br>820 N. French St.<br>Wilmington, DE 19801<br>Phone: (302) 577-5088<br>jillian.lazar@delaware.gov | By: */s/ Gregg D. Bernstein*<br>Gregg D. Bernstein\*<br>  *Assistant Attorney General*<br>6 State House Station<br>Augusta, Maine 04333-0006<br>Phone: (207) 626-8814<br>Gregg.Bernstein@maine.gov |
| *Attorneys for the State of Delaware* | *Attorneys for Plaintiff State of Maine* |
| HECTOR BALDERAS<br>*Attorney General of New Mexico* | ELLEN F. ROSENBLUM<br>*Attorney General of the State of Oregon* |
| By: /s/ *Tania Maestas*<br>Tania Maestas<br>  *Chief Deputy Attorney General*<br>Nicholas M. Sydow, *Civil Appellate Chief*<br>408 Galisteo Street<br>Santa Fe, NM 87501<br>Phone: (505) 490-4060<br>tmaestas@nmag.gov | By: /s/ *Brian A. de Haan*<br>Brian A. de Haan<br>  *Assistant Attorney General*<br>Civil Enforcement Division<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Phone: (971) 673-3806<br>brian.a.dehaan@doj.state.or.us |
| *Attorneys for the State of New Mexico* | *Attorneys for the State of Oregon* |

KARL A. RACINE
*Attorney General for the District of Columbia*

Kathleen Konopka
*Deputy Attorney General, Public Advocacy Division*
Jimmy Rock
*Assistant Deputy Attorney General, Public Advocacy Division*

By: */s/ Benjamin M. Wiseman*
Benjamin M. Wiseman [1005442]
*Director, Office of Consumer Protection*

By: */s/ Richard V. Rodriguez*
Richard V. Rodriguez [1014925]
*Assistant Attorney General*
Office of Consumer Protection
Public Advocacy Division
441 4th Street N.W., Suite 600 South
Washington, D.C. 20001
Phone: (202) 727-6337
Richard.Rodriguez@dc.gov

*Attorneys for the District of Columbia*

*\* Application for admission pro hac vice forthcoming*