```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/19
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

STATE OF NEW YORK, ET AL.

v.

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION, ET AL.

Civil Action No. 1:19cv08365
Order for Admission Pro Hac Vice

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Joseph J. Chambers for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Connecticut and that his contact information is as follows:

Joseph J. Chambers
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: 860-808-5270
Fax: 860-772-1709
Email: joseph.chambers@ct.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Connecticut in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys apearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 18 September 2019

_____
**Victor Marrero**
United States District Judge