UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| State of New York, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>United States Securities and<br>Exchanges Commission, et al.,<br><br>                    Defendants. | 1:19-cv-8365 (VM) (lead) |

**DECLARATION OF SERVICE**

      I hereby declare that, in accordance with Rule 4 of the Federal Rules of Civil Procedure, I caused a copy of the Complaint and the Summonses in this action to be served on September 20, 2019, by certified mail, return receipt requested, on the following persons and agencies:

      Vanessa Countryman
      Director, Office of the Secretary
      U.S. Securities and Exchange Commission
      100 F Street, N.E.
      Washington, DC 20549

      Michael A. Conley
      Jeffrey A. Berger
      Office of the General Counsel
      U.S. Securities and Exchange Commission
      100 F Street, N.E.
      Washington, DC 20549

      Civil-Process Clerk
      United States Attorney's Office
      Southern District of New York
      1 St. Andrew's Plaza
      New York, NY 10007

      United States of America
      c/o William P. Barr

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED:  September 20, 2019

By: */s/ Matthew Colangelo*
Matthew Colangelo
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov