# Gupta / Wessler   *Issues & Appeals*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/19

September 20, 2019

*Via Fax*

The Honorable Victor Marrero
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Suite 1040
New York, NY 10007

RE:   *XY Planning Network, LLC v. SEC*, 19 Civ. 8365 (VM) (consolidated)

Dear Judge Marrero:

XY Planning Network, LLC and Ford Financial Solutions, LLC write to request permission from the Court to file Requests for the Issuance of Summons on our original docket, 19 Civ. 8415, which was closed and consolidated with 19 Civ. 8365 by the Court on September 12, 2019. We face an obstacle to filing these documents through CM/ECF on the consolidated docket because such filings must electronically link to the complaint being served. That complaint is available only on the higher-numbered docket.

Respectfully submitted,

*/s/ Deepak Gupta*
Deepak Gupta
Jonathan E. Taylor
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
deepak@guptawessler.com

Counsel for Plaintiffs XY Planning Network, LLC
and Ford Financial Solutions, LLC

cc (*via email*):
Michael A. Conley
Jeffrey A. Berger
Matthew Colangelo
Nathaniel Spencer-Mork
Amy Winn
Joseph J. Chambers
Gregg D. Bernstein

Request GRANTED. Plaintiffs are authorized to file requests for issuance of summons referencing the complaint in Docket No. 19 Civ. 8415, for the reasons set forth above.

SO ORDERED.

9-23-19
DATE   VICTOR MARRERO, U.S.D.J.

Gupta Wessler PLLC
1900 L Street, NW Suite 312, Washington, DC 20036
P 202 888 1741   F 202 888 7792
guptawessler.com