September 16, 2019

**By Fax**

The Honorable Victor Marrero
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Suite 1040
New York, NY 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/19

RE: Notice of filing of protective petition for review related to *State of New York, et al. v. U.S. Securities & Exchange Commission, et al.*, 19 Civ. 8365 (VM) (lead) (consolidated with *XY Planning Network, LLC, et al. v. U.S. Securities & Exchange Commission, et al.*, 19 Civ. 8415 (VM)).

Dear Judge Marrero,

Plaintiffs write pursuant to Rule I.A of this Court's Individual Practices to advise the Court that they have filed a petition for review in the United States Court of Appeals for the Second Circuit regarding the same final regulation challenged in this litigation, in order to protect their opportunity to challenge this regulation in an appropriate forum.

On September 9, 2019, Plaintiffs initiated this Administrative Procedure Act challenge seeking to vacate and set aside a final regulation issued by the Securities and Exchange Commission. Doc. 1 (Complaint); *see Regulation Best Interest: The Broker-Dealer Standard of Conduct*, 84 Fed. Reg. 33,318 (July 12, 2019) (the "Final Rule"). Plaintiffs believe this Court is the proper forum for their challenge. However, because the Securities Exchange Act of 1934 provides that judicial review of certain rules promulgated by the Securities and Exchange Commission is to be sought by filing a petition for review in the United States Court of Appeals for the circuit in which the challenger resides, 15 U.S.C. § 78y, Plaintiffs simultaneously filed a petition for review in the Second Circuit to protect that Court's jurisdiction to hear this challenge if necessary. *State of New York, et al. v. U.S. Securities & Exchange Commission, et al.*, Case No. 19-2893 (2d Cir. filed Sept. 9, 2019).

Plaintiffs believe that the Exchange Act's jurisdiction-setting provision does not provide for exclusive jurisdiction in the court of appeals with respect to challenges to the Final Rule at issue here. But because the Exchange Act requires that a petition for review must be filed within sixty days of promulgation of the challenged regulation, 15 U.S.C. § 78y, Plaintiffs filed a protective petition within the sixty-day deadline to ensure their challenge would be timely if a court subsequently determines that this Court is not in fact the proper forum for this challenge. *See, e.g., Inv. Co. Inst. v. Bd. of Governors of Fed. Reserve Sys.*, 551 F.2d 1270, 1280 (D.C. Cir. 1977) ("If any doubt as to the proper forum exists, careful counsel should file suit in both the court of appeals and the district court . . . .").

Plaintiffs will confer with Defendants' counsel to determine whether the agency intends to contest venue in this Court; and if so, the parties will endeavor to present the Court a joint proposal regarding the appropriate next steps.

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York

By: /s/ *Matthew Colangelo*
Matthew Colangelo
 *Chief Counsel for Federal Initiatives*
28 Liberty Street, 19th Floor
New York, NY 10005
Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov

Attorney for the *State of New York* Plaintiffs

cc: (by email)

Michael A. Conley
Jeffrey A. Berger
Office of the General Counsel
U.S. Securities and Exchange Commission
*Attorneys for the Defendants*

Deepak Gupta
Jonathan E. Taylor
Alexandria Twinem
Gupta Wessler PLLC
*Attorneys for the XY Planning Network Plaintiffs*

Nathaniel Spencer-Mork
*Attorney for Plaintiff the State of California*

Joseph J. Chambers
*Attorney for Plaintiff the State of Connecticut*

Jillian Lazar
*Attorney for Plaintiff the State of Delaware*

Gregg D. Bernstein
*Attorney for Plaintiff the State of Maine*

Tania Maestas
*Attorney for Plaintiff the State of New Mexico*

Brian A. de Haan
*Attorney for Plaintiff the State of Oregon*

Benjamin M. Wiseman
Richard V. Rodriguez
*Attorneys for Plaintiff the District of Columbia*

> The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiffs.
>
> SO ORDERED.
>
> 9-16-19
>
> DATE — VICTOR MARRERO, U.S.D.J.